UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID J. EDWARDS, | ) | 1:06mc0032 SMS |
| | ) | |
| Plaintiff, | ) ) ) | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROPERLY SERVE DEFENDANTS |
| v. | ) ) | |
| REVENUE OFFICER DENNIS R. COLLINS, | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff David J. Edwards, proceeding pro se, filed an ex parte application to quash a defective notice of lien on August 4, 2006. Plaintiff filed an amended application on August 28, 2006. Plaintiff names Internal Revenue Officer Dennis R. Collins as Defendant.

On September 14, 2006, Plaintiff filed a proof of service showing that he served Defendant with the relevant papers on August 30, 2006.

Pursuant to F.R.Civ.P. 4( i )(1), the summons and complaint must also be served on the Internal Revenue Service and the United States Attorney General and United States Attorney for the Eastern District of California. "When an action is one against named individual defendants, but the acts complained of consist of actions taken by defendants in their official capacity as agents of the United States, the action is in fact one against the United States." Atkinson v. O'Neill, 867, F.2d 589, 590 (10th Cir. 1989). "[A] suit against IRS employees in their official capacity is essentially a suit against the United States." Gilbert v. DaGrossa, 756 F.2d 1455,

1458 (9th Cir. 1985).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, within fifteen (15) days of the date of service of this order, why this action should not be dismissed for failure to serve the proper parties.

Failure to respond to this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **October 20, 2006**           /s/ **Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE