# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID J. EDWARDS, | ) | 1:06mc0032 DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | CONVERT ACTION TO A REGULAR |
| v. | ) | CIVIL CASE |
| | ) | |
| REVENUE OFFICER DENNIS R. | ) | |
| COLLINS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff David J. Edwards, proceeding pro se, filed an ex parte application to quash a defective notice of lien on August 4, 2006.  The action has not yet been converted to a regular civil action.  Therefore, the Clerk of Court is ORDERED to CONVERT this action to a regular civil action.

IT IS SO ORDERED.

**Dated:**   **February 27, 2007**          _____
9b0hie                                   **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1